AO 91 (Rev. 11/11) Criminal Complaint

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

DEC 0 1 2025

DANIEL J. McCOY, CLERK
BY: _____

| | |
|---|---|
| United States of America<br>v.<br>Iyesata Marsh<br><br>*Defendant(s)* | Case No. 3:25-mj-00216 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 30, 2022__ in the county of __Ouachita__ in the __Western__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1344 | Bank Fraud |
| 18 U.S.C. 1028A | Aggravated Identity Theft |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew R. Johnson, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/01/2025__

_____
*Judge's signature*

City and state: __Monroe, Louisiana__

Magistrate Judge Kayla D. McClusky
*Printed name and title*