UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:25-cr-361 |
| VERSUS | Judge Doughty |
| IYESATA MARSH | Magistrate Judge McCluskey |

**MOTION TO QUASH**

NOW INTO COURT, comes Iseyata Marsh, who hereby moves this Court to quash the Grand Jury subpoena to Google LLC dated December 11, 2025, and annotated "USAO #2025R00512-019", and support thereof states:

1.

The Grand Jury issued a subpoena on December 11, 2025, to Google LLC for the production of documents.

2.

The subpoena is intended to gather evidence related to charges that have already been filed by indictment in the Western District of Louisiana, which is an abuse of the Grand Jury process by the Office of the United States Attorney.

Considering the foregoing and the accompanying memorandum, undersigned counsel prays that this Honorable Court quash the Grand Jury Subpoena directed to Google LLC dated December 11, 2025.

<div style="margin-left: 50%;">

RESPECTFULLY SUBMITTED,
*/s/ Keith T. Whiddon*
Keith T. Whiddon, LA BRN 35384
609 North 5th St, Ste 218
Monroe, Louisiana 71201
T: (318) 387-2776
F: (318) 387-2767
Email: keith@ktwlegal.com
Attorney for Iyesata Marsh

</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record via notice of electronic filing (NEF).

Monroe, Louisiana, December 18, 2025.

*S/ Keith T. Whiddon*