AO 110  (Rev. 06/09) Subpoena to Testify Before a Grand Jury                    USAO #2025R00512 - 019

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

### SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Google LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043

# SERVICE COPY

SUBPOENA FOR:

☐ PERSON    ☒ DOCUMENT(S) OR OBJECT(S)

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place | ███████████████████ | Date and Time: January 7, 2026 at 9:00a.m. |
|-------|---------------------|---------------------------------------------|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

**In lieu of appearing in person, you may comply with this subpoena by sending your response to the United States Attorney's Office,** ███████████████████████████ ███████████████████ **DO NOT simply respond to the email sending you this subpoena.**

You MUST complete the attached Certification of Response to Grand Jury Subpoena Form.  Please complete and return with the subpoenaed material.

NOTE: If you have any questions regarding the materials to be produced, please contact ████████████ ████████████

This subpoena shall remain in effect until you are granted leave to depart by the court or by any officer acting on behalf of the court.

Date: Dec 11, 2025

CLERK OF COURT ████████████████████

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States Attorney, or Assistant United States Attorney, who requests this subpoena, is:

███████████████████████

## ATTACHMENT

Part I

This subpoena requires production of the records and information described in Part II, below, for *any account associated with* the following emails and phone numbers during the time-period of January 1, 2019 to present:

1. ████████████
2. iyesatamarsh@gmail.com

Part II

For *any account associated with* any of the above-listed emails and phone numbers, produce the following records and information:

1. User-provided name;
2. Account email address;
3. Account status (e.g. enābled);
4. Google services used by account;
5. Recovery email and SMS recovery number;
6. Account creation date and time and termination date and time;
7. Language;
8. Google Account ID;
9. Last login to the account, including IP address, date, and time;
10. Accounts associated with any device associated with any of the above-listed emails and phone numbers;
11. Android ID associated with any of the above-listed emails and phone numbers;
12. IMEI for any device associated with any of the above-listed emails and phone numbers;
13. Local and long distance telephone connection records and/or records of session times and duration; and
14. Payment records, including credit cards and bank accounts associated with any account associated with the above-listed emails and phone numbers.