UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:25-CR-00361-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **IYESATA MARSH (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**ORDER**

IT IS HEREBY ORDERED that Defendant's conditions of release are amended to include travel within New York State. Defendant's conditions are further amended to allow her to travel to and from New York and the Western District of Louisiana for court appearances.

THUS DONE in Chambers on this 11th day of February, 2026.

_____
Kayla D. McClusky
United States Magistrate Judge